# Order

**Michigan Supreme Court**
**Lansing, Michigan**

November 27, 2007

Clifford W. Taylor,
Chief Justice

131463(90)(91)

Michael F. Cavanagh
Elizabeth A. Weaver
Marilyn Kelly
Maura D. Corrigan
Robert P. Young, Jr.
Stephen J. Markman,
Justices

DETROIT FIREFIGHTERS ASSOCIATION,
I.A.F.F. LOCAL 344,
         Plaintiff-Appellee,

v

SC: 131463
COA: 266654
Wayne CC: 05-526691-CL

CITY OF DETROIT,
         Defendant-Appellant.

_____/

      On order of the Court, the motion for immediate consideration is GRANTED. The motion to vacate the preliminary injunction is DENIED. We further ORDER that all trial court proceedings related to the plaintiff's motion for contempt are stayed pending the completion of this appeal.

      CAVANAGH and KELLY, JJ., would deny the motion to vacate the injunction without staying the trial court contempt proceedings.



     I, Corbin R. Davis, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

November 27, 2007

_____
Clerk

d1120